(May 27, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY J. PYCLIK, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent. — Judgment unanimously reversed and a new parole revocation hearing granted. Memorandum: Petitioner's right to a parole revocation hearing before a " 'neutral and detached' hearing body" *(Morrissey v Brewer, 408 US 471, 489)*, was denied by virtue of the fact that the hearing officer had appeared as an attorney for the State at a prior proceeding in which petitioner's underlying conviction had been challenged. It is

not necessary to decide whether the revocation hearing was affected by actual prejudice inasmuch as even the appearance of impropriety should be avoided (see *People ex rel. Sweeney v Smith,* 50 AD2d 722). (Appeal from judgment of Wyoming Supreme Court — habeas corpus.) Present — Dillon, P. J., Cardamone, Simons, Denman and Schnepp, JJ.